UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CAROLYN R. JOHNSON, ET AL. | CIVIL ACTION NO. 07-0221 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LARRY GRAVES, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Appoint Counsel (Record Document 3) be and is hereby **DENIED** and that Plaintiff's complaint be and is hereby **DISMISSED** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that the Clerk of Court shall decline to file any civil complaint submitted by Carolyn Johnson unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed.

**IT IS FURTHER ORDERED** that any motion to proceed *in forma pauperis* that accompanies such a complaint be referred to a district judge for action.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 9th day of March, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE